**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff(s),        CASE NUMBER: 05-74755
                                         HONORABLE VICTORIA A. ROBERTS

v.

BENJAMIN J. BENFORD,

        Defendant(s),

and

RIVER ROUGE BOARD OF EDUCATION
and SCHOOL DISTRICT OF THE CITY OF
RIVER ROUGE,

        Garnishee(s).
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On April 5, 2007, Magistrate Judge R. Steven Whalen submitted a Report and Recommendation **[Doc. 14]** recommending that the Court deny Defendant Benjamin Benford's Claim for Exemptions. **[Doc. 8]**. Because no party filed objections within the time frame provided for in 28 U.S.C. § 636(b)(1) and E.D. Mich. LR 72.1(d)(3), the Court adopts the Magistrate Judge's Report and Recommendation. The Court, therefore, **DENIES** Defendant's Claim for Exemptions and will allow writs of garnishment as to both Defendant's pension benefits and his pending state court law suit.

**IT IS SO ORDERED.**

                                              S/Victoria A. Roberts
                                              Victoria A. Roberts
                                              United States District Judge

Dated: May 22, 2007

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on May 22, 2007.

S/Carol A. Pinegar
Deputy Clerk